442 A.2d 348

Smith v. Smith, et al., Appellants.

634

 Submitted May 5, 1981. Theodore L. Krohn, for appellants; Ralph J. Johnston, for appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.